

Continental Plaza · 411 Hackensack Avenue, 2nd Floor · Hackensack, NJ 07601 · (tel&fax) 201.273.7117

May 4, 2016

*Via ECF*
Honorable, Leda Dunn Wettre U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, MLK 4A
Newark, New Jersey 07101

    Re:    Erica K. Thomas v. NCB Management Services, Inc., et al.
            Case No.: 2:15-cv-05189-MCA-LDW

Dear Judge Wettre:

    I am pleased to inform the Court that the parties have agreed to a settlement which requires subsequent performance. When the terms of the settlement have been fully performed, the parties will file a Rule 41(a) stipulation of dismissal with prejudice with respect to her individual claims but without prejudice as to the putative class.

    At this time, I request the entry of a "60-Day Order" dismissing the action without prejudice but permitting a party to vacate the order and move to enforce the settlement within 60 days.

    Thank you for Your Honor's time and courtesies in this matter.

                                                      Very truly yours,

                                                      Yongmoon Kim, Esq.
                                                      KIM LAW FIRM LLC

YK/jy
cc:    Honorable Madeline Cox Arleo, U.S.D.J. (*via ECF*)
       All Counsel of Record (*via ECF*)